**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-6605**

───────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

HAROLD LEE SMITH,

                                        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Richard L. Voorhees,
District Judge.  (CR-92-21-V)

───────────────

Submitted:  June 20, 2002          Decided:  June 27, 2002

───────────────

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Harold Lee Smith, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold Lee Smith appeals the district court's order denying his motion for an extension of time to file a notice of appeal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Smith, No. CR-92-21-V (W.D.N.C. Apr. 3, 2002). Smith's motion to dismiss the indictment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2